Pro Se 5 (12/15) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the

_____ District of \_OREGON_____

1:16-CV-01880-CL

ANGIE WALKER

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

UNITED STATES DEPARTMENT OF AGRICULTURE (USDA)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 1171456
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ANGIE WALKER |
| Street Address | 94141 W CAUGHELL ST APT 8 |
| City and County | GOLD BEACH CURRY COUNTY |
| State and Zip Code | OREGON 97444 |
| Telephone Number | 541-425-5344 |
| E-mail Address | ANGELIVXXX@GMAIL.COM |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name — UNITED STATES DEPARTMENT OF AGRICULTURE (USDA)

    Job or Title *(if known)* — U.S. DEPARTMENT OF AGRICULTURE

    Street Address — 1400 INDEPENDENCE AVE S.W.

    City and County — WASHINGTON DISTRICT OF COLUMBIA

    State and Zip Code — WASHINGTON DC 20250

    Telephone Number — 202-720-2791

    E-mail Address *(if known)* —

Defendant No. 2

    Name —

    Job or Title *(if known)* —

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address *(if known)* —

Defendant No. 3

    Name —

    Job or Title *(if known)* —

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address *(if known)* —

Defendant No. 4

    Name —

    Job or Title *(if known)* —

    Street Address —

    City and County —

    State and Zip Code —

    Telephone Number —

    E-mail Address *(if known)* —

Pro Se 5 (12/15) Complaint for a Civil Case Alleging Negligence

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __ANGIE WALKER__, is a citizen of the State of *(name)* __OREGON__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.  The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* __UNITED STATES DEPARTMENT OF AGRICULTURE__, is incorporated under the laws of the State of *(name)* __WASHINGTON, DC__, and has its principal place of business in the State of *(name)* __WASHINGTON, DC__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.  The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (12/15) Complaint for a Civil Case Alleging Negligence

$16,000,000

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 12/01/2014, at *(place)* 94141 W CAUGHELL ST APT 8 GOLD BEACH OREGON 97444,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

The USDA employees failed to act to enforce the No-Smoking rule of the apartment building, which is subsidized by the USDA. Our health and safety were threatened and continues to be threatened to this very day by the #1 Gross Negligence and #2 Reckless Disregard for our health and safety, per USDA Regulations. EXHIBIT #1-- 1ST PAGE GROUND RULES AN EXTENSION OF THE LEASE "THIS PROPERTY HAS BEEN DESIGNATED AS A SMOKE FREE PROPERTY. SMOKING IS NOT ALLOWED INSIDE ANY APARTMENTS"

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Failing To Enforce 7 CRF Part 3560 Housing Regulations Whereby The Apartments Were Not Operated And Managed In A Decent, Safe And Sanitary Manner. EXIHIBIT #2 -- 7 CFR PART 360 POLICIES AND PROCEDURES FOR MULTI-FAMILY HOUSING (MFH). EXHIBIT #3 NICOTINE STAINS ON CEILING. EXIHIBIT #4--X-RAY REPORT FROM HOSPITAL SHOWING AIRSPACE DISEASE. EXHIBIT #5 -- LAB TEST OF HIGHER THAN AVERAGE CARBOXYHGB LEVELS FOR NON-SMOKER INDICATING 2ND HAND SMOKE

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Asking For Relief In The Amount Of $16, 000,000 For The Pain And Suffering That Continues To This Day. Tenants Are Still Smoking Inside The Apartment. Our Air Continues To Be Poisoned On A Daily Basis. And Even With Air Filters, We Are Still Suffering The Damages Of Exposure To Secondhand Smoke. Exhibit #6-- Damages Of Secondhand Smoke Listed. My Son Is A Non-smoking Adult Who Has Never Smoked Cigarettes. His Chances Of Lung Cancer From Exposure Is Increased By 20-30%. EXHIBIT -- #7 CDC SHS FACTS.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/07/2016

Signature of Plaintiff
Printed Name of Plaintiff  ANGIE WALKER

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address



**Grand Management Services, Inc.**
Professional Property Management
420 Park Avenue   Coos Bay, Oregon  97420
Tel: 541-269-5561  Fax: 541-269-2481  TYY: 711
Website: www.grandmgmt.com

 

### GROUND RULES

Welcome Home! We have established basic ground rules at this housing development in order to allow our residents maximum use and pleasure from our facilities. These rules are an extension of the lease contract that you signed upon moving into this housing community. **Your signature indicates that you have read these provisions. Please read this document carefully before signing, and ask questions if there are any sections that you do not understand.**

**1. PARTIES.**

| TENANT | SITE MANAGER | MANAGEMENT AGENT |
|---|---|---|
| Angie Walker | | |
| Paul Tamkin | Nancy Russell | Grand Management Services |
| 94141 W. Caughell #8 | 94141 W. Caughell-Office | 420 Park Avenue |
| Gold Beach, Or 97444 | Gold Beach, Or 97444 | Coos Bay, OR 97420 |
| | 541-247-6727 | 541-269-5561 |

"Landlord" refers to the Landlord and/or the Management Agent as identified above. "Tenant" refers to the occupants of the household as identified as tenant above.  Each tenant and all tenants are fully responsible for specific performance under this agreement.  "Premises" refers to the tenant's apartment unit individually and the apartment complex "footprint", grounds, and total area.

**2. TENANT DUTIES.** Tenant is obligated to comply with the following duties and rules:

> A. <u>Cleaning</u>. Tenant must keep his/her apartment clean at all times. Tenant shall be financially liable for any violation of health or safety codes caused by tenant or a person in tenant's control. The Owner/Agent definition of "clean" shall be the final definition.
> B. <u>Safety</u>. Tenant shall not use the apartment for any purpose considered dangerous to health or safety, of persons or property. Tenant shall take particular caution again cigarettes and other fire hazards. Tenant shall not store flammable or hazardous materials.
>> 1. <u>Smoking</u>. This property has been designated as a smoke free property. Smoking is not allowed inside any apartments, outside on any common areas, parking lots, entryways, patios, balconies, or public buildings, including the community room, laundry, and restrooms. You must go off of the property and at least 25 feet away from any building to smoke. Failure to comply with this policy will be a violation of the property ground rules and your lease agreement. The reason for this policy is due to the fact that exposure to second hand smoke causes adverse health outcomes and we are encouraging smoke free policies that pertain to our buildings, grounds and common areas. Within their units, residents are responsible for enforcing the policy among inhabitants, guests and visitors.
>> 2. <u>Guns and Explosives</u>. Use of firearms of any type, caliber or description, or bows and arrows is prohibited anywhere within or on the project grounds. Firearms shall not be displayed in public on the grounds nor shall any tenant or visitor point a firearm at anyone from within an apartment unit or threaten anyone with the use of a firearm. The use of any type of explosive, including firecrackers or fireworks, is prohibited at this housing community.
>> 3. <u>Alcohol in Public Places</u>. Alcoholic beverages may not be consumed or publicly displayed in the common areas of the complex. If alcoholic beverages are consumed on the front porch or back porch, they must be inconspicuously consumed from colored glasses or cups and not from the actual container. Beverage containers may not be thrown onto the grounds and must be properly disposed of.
> C. <u>Garbage</u>. Tenant must regularly dispose of garbage in a sanitary manner. Garbage shall be bagged before placement in the garbage receptacles provided by the landlord. If tenant fails to property dispose of garbage, tenant will pay for all costs of pest extermination or receptacle cleaning. All boxes and bulky materials must be broken down before depositing into a receptacle. Do not place any large items such as furniture, mattresses, etc. in or along the sides of the receptacle area. Arrange to have these articles picked up and hauled from the premises at tenant's expense. Garbage shall not be placed in the recycling bin. If recycling is offered at this complex, tenants shall be encouraged to participate in recycling and will be provided with information regarding how to prepare recyclables for pickup.
> D. <u>Use of Property</u>. Tenant must properly use our property, including heaters, plumbing, appliances, and any other items. Tenant shall properly report leaky or defective faucets at once. Expense or damage caused by stoppage of waste pipes or overflow of bathtubs, toilets or wash basins must be paid by the tenant as well as any damage to the building or furnishing other than ordinary wear and tear. In severe weather, reasonable precautions will be taken by tenant (ex. Leave water dripping, keep heat on) to keep pipes from freezing. Report immediately, in writing, all malfunctions of equipment, failure of essential services, or need for repair. Tenant shall not tamper with the

EXH 1

7 CFR Part 3560

7 CFR PART 3560 – DIRECT MULTI-FAMILY HOUSING LOANS AND GRANTS

Subpart A--General Provisions and Definitions

§3560.1 <u>Applicability and purpose</u>.

    (a) This part sets forth requirements, policies, and procedures for multi-family housing (MFH) direct loan and grant programs to serve eligible very-low, low- and moderate-income households. The programs covered by this part are authorized by title V of the Housing Act of 1949 and are:

        (1) Section 515 Rural Rental Housing, which includes congregate housing, group homes, and Rural Cooperative Housing. Section 515 loans may be made to finance multi-family units in rural areas as defined in §3560.11.

        (2) Sections 514 and 516 Farm Labor Housing loans and grants. Housing under these programs may be built in any area with a need and demand for housing for farm workers.

        (3) Section 521 Rental Assistance. A project-based tenant rent subsidy which may be provided to Rural Rental Housing and Farm Labor Housing facilities.

    (b) The programs covered by this part provide economically designed and constructed rural rental, cooperative, and farm labor housing and related facilities operated and managed in an affordable, decent, safe, and sanitary manner.

    (c) Internal Agency procedures containing details for Agency processing under these regulations can be found in the program handbooks, available in any Rural Development office, or from the Rural Development Web site.

§3560.2 <u>Civil rights</u>.

    (a) As per the Fair Housing Act, as amended and section 504 of the Rehabilitation Act of 1973, all actions taken by recipients of loans and grants will be conducted without regard to race, color, religion, sex, familial status, national origin, age, or disability. These actions include any actions in the sale, rental, or advertising of the dwellings, in the provision of brokerage services, or in residential real estate transactions involving Rural Housing Service (RHS) assistance. It is unlawful for a borrower or grantee or an agent of a borrower or grantee:

        (1) To refuse to make reasonable accommodations in rules, policies, practices, or services that would provide a person with a disability an opportunity to use or continue to use a dwelling unit and all public and common use areas; or

        (2) To refuse to provide a reasonable accommodation at the borrower's expense that would not cause an undue financial or administrative burden, or to refuse to allow an individual with a disability to make reasonable modifications to the unit at their own expense with the understanding that the owner may require the tenant to return the unit to its original condition when the unit is vacated by the tenant making the modifications (see §3560.104(c)).

Ex H. d



EXH 2

## CURRY GENERAL HOSPITAL
9422 FOURTH ST.
GOLD BEACH, OR 97444

### The Medford Radiological Group, P.C.
### REPORT

| | |
|---|---|
| Name: WALKER, ANGIE | Account Number: 631979 |
| Date of Birth: 10/11/1964 | Med Rec Number: 094793 |
| Age: 50 Sex: F | Film Number: 094793 |
| Exam Date: 1/7/2015 | Exam Name: XR CHEST 1 VIEW |
| Accession Number: 448685820150107 | Referrer: NIEDENS MICHAEL |

**\*\*Unsigned transcriptions are preliminary reports and do not represent a medical or legal document\*\***

XR CHEST 1 VIEW 1/7/2015 08:30:00

PROVIDED HISTORY: . COUGH

ADDITIONAL HISTORY: None.

TECHNIQUE: AP view of the chest was obtained

COMPARISON: 12/28/2014

FINDINGS: There is some mild but new patchy right basilar parenchymal airspace disease. The left lung and pleural space remains relatively clear. Borderline mild cardiomegaly is present but accentuated by the portable technique. The superior mediastinal silhouette is unremarkable. The bones and soft tissues are unremarkable.

IMPRESSION:

1. New mild patchy right basilar parenchymal disease. Pneumonia should be considered.


Report Reviewed and Electronically Signed by:
Fennell, Michael MD - The Medford Radiological Group
Report Signed on: 01/07/2015 08:49:13 PST

| | |
|---|---|
| Transcribed by: SQR | Date: 1/7/2015 |
| Dictation Date: 1/7/2015 | Dictation Time: 08:49 |

EXH 4



| RESULT | FLAG | RANGE | UNITS |
|---|---|---|---|
| 3.1 | | | |

PeaceHealth Laboratories: 123 International Way, Springfield O R

Lab Test
Carbon Monoxide Levels

EXH 5

1. FEELINGS OF SUFFOCATION.
2. SORE THROATS.
3. COUGHING.
4. DRAINED FEELING.
5. TROUBLE BREATHING.
6. DEPRESSION FROM THE CONSTANT BATTLE TO BREATHE.
7. DAILY INHIBITING OF NORMAL FUNCTIONS.
8. POISONED AIR ON A DAILY BASIS.
9. SLEEP APNEA.
10. SLEEP DEPRIVATION.
11. CONSTANT LOW-GRADE FEVER.
12. LIGHTHEADEDNESS.
13. DIZZINESS FROM LACK OF OXYGEN.
14. SHARP STABBING PAIN IN CHEST UPON ENTRY OF SMOKE FILLED ROOM.
15. CHRONIC SINUS INFECTION & THE PROBLEMS ASSOCIATED WITH IT.
16. INTENSE BURNING SENSATIONS IN NASAL PASSAGES.
17. COUGHING IN SLEEP CHOKING ON SMOKE.
18. LAX THROAT MUSCLES FROM SMOKE CAUSING CHOKING SENSATIONS BECAUSE OF SWALLOWING.
19. PAINFUL BREATHING SENSATION IN LUNGS.
20. EXACERBATION OF SEVERE ANEMIA THROUGH OXYGEN DEPRIVATION.
21. FEAR OF SLEEPING.
22. HELPLESS FEELINGS.
23. NO RELIEF FROM THE SECOND-HAND CIGARETTE SMOKE PERMEATING OUR APARTMENT ON A DAILY BASIS.

24. EVEN WITH AIR FILTERS OUR AIR IS STILL POISONED AND THE FILTERS ARE IN CONSTANT NEED OF CHANGING.

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $16 Million Dollars together with attorney fees and court costs.

Dated this 22nd day of AUGUST 22, 2016.

ANGIE WALKER

*[signature]*
*August 22, 2016*

*[signature]*
*September 7, 2016*

10

*[signature]*
*9/7/2016*

EXH 6

**CDC** Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

# Secondhand Smoke (SHS) Facts

- Overview
- What Is Secondhand Smoke?
- Secondhand Smoke Harms Children and Adults
- Patterns of Secondhand Smoke Exposure
- Differences in Secondhand Smoke Exposure
- What You Can Do
- References
- For Further Information

## Overview



- Secondhand smoke harms children and adults, and the only way to fully protect nonsmokers is to eliminate smoking in all homes, worksites, and public places.[1,2,3]
    - You can take steps to protect yourself and your family from secondhand smoke, such as making your home and vehicles smokefree.[2,3]
    - Separating smokers from nonsmokers, opening windows, or using air filters does not prevent people from breathing secondhand smoke.[1,2,3]
- Most exposure to secondhand smoke occurs in homes and workplaces.[2,3]
    - People are also exposed to secondhand smoke in public places—such as in restaurants, bars, and casinos—as well as in cars and other vehicles.[2,3]
- People with lower income and lower education are less likely to be covered by smokefree laws in worksites, restaurants, and bars.[4]

# What Is Secondhand Smoke?

- Secondhand smoke is smoke from burning tobacco products, such as cigarettes, cigars, or pipes.[1,5,6]
- Secondhand smoke also is smoke that has been exhaled, or breathed out, by the person smoking.[5,6]
- Tobacco smoke contains more than 7,000 chemicals, including hundreds that are toxic and about 70 that can cause cancer.[1]

# Secondhand Smoke Harms Children and Adults

- There is no risk-free level of secondhand smoke exposure; even brief exposure can be harmful to health.[1,2,6]
- Since 1964, approximately 2,500,000 nonsmokers have died from health problems caused by exposure to secondhand smoke.[1]

## Health Effects in Children

In children, secondhand smoke causes the following:[1,2,3]

- Ear infections
- More frequent and severe asthma attacks
- Respiratory symptoms (for example, coughing, sneezing, and shortness of breath)
- Respiratory infections (bronchitis and pneumonia)
- A greater risk for sudden infant death syndrome (SIDS)

## Health Effects in Adults

In adults who have never smoked, secondhand smoke can cause:

- Heart disease
  - For nonsmokers, breathing secondhand smoke has immediate harmful effects on the heart and blood vessels.[1,3]
  - It is estimated that secondhand smoke caused nearly 34,000 heart disease deaths each year during 2005–2009 among adult nonsmokers in the United States.[1]
- Lung cancer[1,7]
  - Secondhand smoke exposure caused more than 7,300 lung cancer deaths each year during 2005–2009 among adult nonsmokers in the United States.[1]
- Stroke[1]

Smokefree laws can reduce the risk for heart disease and lung cancer among nonsmokers.[1]

ExH 7A

breathing secondhand smoke and should take special precautions to avoid even brief exposures.[1]

## Secondhand Smoke Causes Lung Cancer

Secondhand smoke causes lung cancer in adults who have never smoked.[4]

- Nonsmokers who are exposed to secondhand smoke at home or at work increase their risk of developing lung cancer by 20-30%.[2]
- Secondhand smoke causes more than 7,300 lung cancer deaths among U.S. nonsmokers each year.[4]
- Nonsmokers who are exposed to secondhand smoke are inhaling many of the same cancer-causing substances and poisons as smokers.[2,3,4]
- Even brief secondhand smoke exposure can damage cells in ways that set the cancer process in motion.[4]
- As with active smoking, the longer the duration and the higher the level of exposure to secondhand smoke, the greater the risk of developing lung cancer.[4]

## Secondhand Smoke Causes SIDS

Sudden Infant Death Syndrome (SIDS) is the sudden, unexplained, unexpected death of an infant in the first year of life. SIDS is the leading cause of death in otherwise healthy infants.[6] Secondhand smoke increases the risk for SIDS.[2,4]

- Smoking by women during pregnancy increases the risk for SIDS.[2,4,7]
- Infants who are exposed to secondhand smoke after birth are also at greater risk for SIDS.[2,4]
- Chemicals in secondhand smoke appear to affect the brain in ways that interfere with its regulation of infants' breathing.[2,4]
- Infants who die from SIDS have higher concentrations of nicotine in their lungs and higher levels of cotinine (a biological marker for secondhand smoke exposure) than infants who die from other causes.[2,4]

Parents can help protect their babies from SIDS by taking the following three actions:[8]

- Do not smoke when pregnant.
- Do not smoke in the home or around the baby.
- Put the baby down to sleep on its back.

## Secondhand Smoke Harms Children

Secondhand smoke can cause serious health problems in children.[2,4]

- Nearly a quarter (23.9%) of Mexican American nonsmokers were exposed to secondhand smoke.

## Income[8]

- Secondhand smoke exposure is higher among people with low incomes.
- During 2011–2012, more than 2 out of every 5 (43.2%) nonsmokers who lived below the poverty level were exposed to secondhand smoke.

## Occupation[10]

- Differences in secondhand smoke exposure related to people's jobs decreased over the past 20 years, but large differences still exist.
- Some groups continue to have high levels of secondhand smoke exposure. These include:
  - Blue-collar workers and service workers
  - Construction workers

# What You Can Do

You can protect yourself and your family from secondhand smoke by:[2,3,4]

- Quitting smoking if you are not already a nonsmoker
- Not allowing anyone to smoke anywhere in or near your home
- Not allowing anyone to smoke in your car, even with the windows down
- Making sure your children's day care center and schools are tobacco-free
- Seeking out restaurants and other places that do not allow smoking (if your state still allows smoking in public areas)
- Teaching your children to stay away from secondhand smoke
- Being a good role model by not smoking or using any other type of tobacco

# References

1. U.S. Department of Health and Human Services. The Health Consequences of Smoking—50 Years of Progress: A Report of the Surgeon General (http://www.cdc.gov/tobacco/data_statistics/sgr/50th-anniversary/index.htm). Atlanta: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion, Office on Smoking and Health, 2014 [accessed 2015 Aug 20].
2. U.S. Department of Health and Human Services. A Report of the Surgeon General: How Tobacco Smoke Causes Disease: What It Means to You (http://www.cdc.gov/tobacco/data_statistics/sgr/2010/consumer_booklet/index.htm). Atlanta: U.S. Department of Health and Human Services, Centers for Disease Control and Prevention, National Center for Chronic Disease Prevention and Health Promotion,

EXH 7C