**ANGIE WALKER, PRO SE**
94141 W Caughell St Apt 8
Gold Beach, OR 97444
Email:  Angelivxxx@gmail.com
Tel: 541.698.6335
Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No. 1:16-cv-01880-CL

**ANGIE WALKER**

Plaintiff,

PLAINTIFF'S OBJECTION TO REPORT
AND RECOMMENDATION WITH REQUEST
TO AMMEND COMPLAINT

v.

**UNITED STATES OF AMERICA**

Defendant.

1

PLAINTIFF'S OBJECTION TO REPORT
AND RECOMMENDATION
*Walker v. United States; Case No. 1:16-cv-01880-CL*

Objection to the Report and Recommendation as the Complaint can be cured of its deficiencies if I am given leave to Amend the Complaint.

Requesting leave to Amend the Complaint.

Angie Walker<br>*Angie Walker*