**ANGIE WALKER, PRO SE**
94141 W Caughell St Apt 8
Gold Beach, OR 97444
Email:  Angelivxxx@gmail.com
Tel: 541.698.6335
Pro Se

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Case No. 1:16-cv-01880-CL

**ANGIE WALKER**

Plaintiff,

PLAINTIFF'S CORRECTION TO
AMENDED COMPLAINT

v.

**UNITED STATES OF AMERICA**
**RAMONA MITCHELL, JAY DELAPP,**
**PATRICIA M. FELBINGER, VICKI L. WALKER**

Defendant.

Correction:  Former tenant died in November 2016, not November 2017.  New tenant moved in Summer of 2017.  Two years of 2nd hand smoke from time of first complaint in May of 2014 to death of tenant in November of 2016.

ORIGINAL CORRECTED TO 2016

18 BREATHS PER MIN = 18 X 60 = 1,080 PER HOUR X 24 HOURS = 25,920 BREATHS IN ONE DAY X 365 DAYS PER YEAR = 9,460,800 BREATHS PER YEAR.

Secondhand smoke problems began in early 2014, were completely verified by May of 2014. First complaints were filed after letting tenant know that the smoke was causing us physical distress.

May 2014 to November 2016* equals 2* and 1/2 years of known carcinogenic poisoning to our systems. We will use 2 Years x 2 People = 18,921,600 breaths per year for 2 People. Making a total of 2 years of Poisoned Air of 37,843,200 breaths. Two years calculated at $37,843,200. Three years calculated at $56,764,800. Pain and suffering at $1.00 per breath of poisoned air equals $37,843,200, (we are suing for 2 years $37,843,200), which inhibited the quality of life for everyday activities and health and well-being. Asking For Relief ln The Amount Of $37,843,200 For The Pain And Suffering That Continues To This Day.

The former tenant died of lung cancer in November, 2016*. A new tenant smokes inside the apartment currently. Our Air Continues To Be Poisoned On A Daily Basis. And Even With Air Filters, We Are Still Suffering The Damages Of Exposure To Secondhand Smoke. My Son ls A Non-smoking Adult Who Has Never Smoked Cigarettes. His Chances Of Lung Cancer From Exposure ls lncreased By 20-30%.


Angie Walker

*/s/ Angie Walker*

March 8, 2018