IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGIE WALKER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civ. No. 1:16-cv-01880-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 30), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Report and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Clarke's Report and Recommendation (ECF No. 30) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 23rd day of March, 2018.

                                    /s/ Michael J. McShane
                                        Michael McShane
                                      United States District Judge

1 – ORDER