IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGIE WALKER,

      Plaintiff,

v.

UNITED STATES OF AMERICA,

      Defendant.

Civ. No. 1:16-cv-01880-CL

JUDGMENT

MCSHANE, Judge:

    Based upon the record, the Magistrate Judge Mark D. Clarke's Report and Recommendation (ECF No. 30) is adopted in full. This action is hereby DISMISSED.

IT IS SO ADJUDGED.

    DATED this 23rd day of March 21, 2018.

                                           /s/ Michael J. McShane
                                                Michael McShane
                                          United States District Judge

1 – JUDGMENT