IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANGIE WALKER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civ. No. 1:16-cv-01880-CL

ORDER

MCSHANE, Judge:

Magistrate Judge Mark D. Clarke filed a Report and Recommendation (ECF No. 43), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Report and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. Magistrate Judge Clarke's Report and Recommendation (ECF No. 43) is adopted. Because Plaintiff's Amended Complaint lacks an arguable basis in law or fact, her appeal of its dismissal is frivolous. *Franklin v. Murphy*, 745 F.2d 1221, 1225 (9th Cir. 1984). Plaintiff's IFP status is revoked.

IT IS SO ORDERED.

    DATED this 20th day of April, 2018.

                                                  _____/s/ Michael J. McShane_____
                                                      Michael McShane
                                                 United States District Judge

1 – ORDER